UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13 B 11597 |
| | CHAPTER 13 |
| Mark Carpio | |
| Rowena Velez | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 45 | XXXXXX2808 | $534.85 | $534.85 | $534.85 |
| Total Amount Paid by Trustee | | | | | $534.85 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit            **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-11597-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 26th day of July, 2018.

Debtor:
Mark Carpio
Rowena Velez
4035 W Cornelia Ave
Chicago, IL 60641

Attorney:
STUART B HANDELMAN
200 S MICHIGAN AVE # 205
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO BANK NA
1 HOME CAMPUS MAC#X2302 04C
DES MOINES, IA 50328

Mortgage Creditor:
WELLS FARGO BANK
% CODILIS & ASSOC
15W030 N FRONTGATE RD #100
BURR RIDGE, IL 60527

Mortgage Creditor:
Max Lucas, CFO
Citibank
701 East 60th Street North
Sioux Falls, SD 57104

Mortgage Creditor:
Mindy Mercaldo
Presidenfor Chicago, Citibank, NA
701 East 60th Street North
Sioux Falls, SD 57104

Mortgage Creditor:
Sanjiv Das, President & CEO
Citimortgage, Inc.
399 Park Avenue
New York, NY 10022

Creditor:
WELLS FARGO HOME MORTGAGE
1000 BLUE GENTIAN RD #300
EAGAN, MN 55121

Mortgage Creditor:
WELLS FARGO BANK NA
3476 STATEVIEW BLVD
MAC D3347 014
FORT MILL, SC 29715

Mortgage Creditor:
CITIBANK NA
PO BOX 688933
DES MOINES, IA 50368-8933

ELECTRONIC SERVICE - United States Trustee

Date: July 26, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603